562 U.S. 951, 131 S. Ct. 172, 178 L. Ed. 2d 249, 2010 U.S. LEXIS 7807.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 369 Fed. Appx. 215.

## No. 09-11307. William Thrower, Petitioner v. United States.

562 U.S. 951, 131 S. Ct. 176, 178 L. Ed. 2d 249, 2010 U.S. LEXIS 7748.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 584 F.3d 70.

## No. 09-11327. Emmanuel Constant, aka Toto Constant, Petitioner v. Jane Doe 1, et al.

562 U.S. 951, 131 S. Ct. 179, 178 L. Ed. 2d 249, 2010 U.S. LEXIS 7680.

October 4, 2010. Motion of respondents to seal the petition for writ of certiorari and to substitute a redacted version for the public record granted. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this motion and this petition.

Same case below, 354 Fed. Appx. 543.